Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
16, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed May 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00403-CV

____________

 

IN RE RANDY FLUKER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 27, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In his petition, relator
sought to have this court compel the Honorable Susan Criss,
presiding judge of the 212th District Court in Galveston County, to transfer
the underlying case back to the court where an earlier non-suit was taken.  

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed May 16, 2005.

Panel consists of
Chief Justice Hedges and Justices Fowler and Frost.